August 29, 2024

To Whom it may Concern,

Please dismiss our bankruptcy since we found another alternative to keep our home. Please dismiss it right away.

Sincerely,

*Danielle S. Beres* and *R K B*

Danielle S Beres            Richard K. Beres

08/29/2024           8/29/2024

CASE NUMBER: 24-30617

FILED AUG 29 2024 U.S. BANKRUPTCY COURT NORTHERN DISTRICT OF CALIFORNIA