**Entered on Docket**
**August 30, 2024**
**EDWARD J. EMMONS, CLERK**
**U.S. BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**




**Signed and Filed: August 30, 2024**

**DENNIS MONTALI**
**U.S. Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| In re<br><br>DANIELLE SUZANNE BERES AND<br>RICHARD KEITH BERES,<br><br>Debtors. | )<br>)<br>)<br>)<br>)<br>)<br>) | Bankruptcy Case<br>No. 24-30617-DM<br><br>Chapter 13 |

**ORDER DISMISSING CASE**

The court has reviewed Debtors' request to dismiss the above-captioned case filed on August 29, 2024, at Dkt. 15, IT IS HEREBY ORDERED that this case is DISMISSED pursuant to 11 U.S.C. § 1307(b).

**END OF ORDER**

## COURT SERVICE LIST

Danielle Suzanne Beres
1336 Chestnut St
San Carlos, CA 94070

Richard Keith Beres
1336 Chestnut St
San Carlos, CA 94070



Case: 24-30617 Doc# 16 Filed: 08/30/24 Entered: 08/30/24 16:43:56 Page 2 of 2